IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD PETER MUCCIGROSSO JR,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security Administration,

        Defendant.

No. 3:16-cv-01624-HZ

JUDGMENT

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded for an award of benefits pursuant to Sentence Four of 42 U.S.C. § 405(g) and this case is DISMISSED.

DATED this 13 day of Nov, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge